IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. |
| | : | |
| TRUDY CASTLE | : | Magistrate Case No. 22-mj-121 |
| | : | |
| and | : | VIOLATION: |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| KIMBELY DIFRANCESCO, | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |
| Defendants. | : | |

# I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, TRUDY CASTLE and KIMBERLY DIFRANCESCO willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____
EMILY W. ALLEN
Attorney, detailed to the
United States Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, DC 20530