NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                              Criminal Number  1:22-cr-00261-CRC

Trudy Castle
         (Defendant)


TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.


I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA         ☒ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

_[Signature]_
                                                  (Signature)


PLEASE PRINT THE FOLLOWING INFORMATION:

Michael P. Gillespie (PHV IL Bar: 6229314)
                    *(Attorney & Bar ID Number)*
Law Offices of Gillespie & Gillespie
                           *(Firm Name)*
53 W. Jackson Blvd. Suite 1062
                         *(Street Address)*
Chicago           IL              60604
  *(City)*        *(State)*        *(Zip)*
312-588-1281
                       *(Telephone Number)*